Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARAYA CORBIN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC., a foreign corporation;<br><br>Defendant. | Case No.: 2:20-cv-00269-APG-BNW<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WITH PREJUDICE** |

Plaintiff, Sharaya Corbin ("Plaintiff"), and Defendant, I.Q. Data International, Inc. ("I.Q. Data") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

///

///

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450  FAX: (702) 552-0408

1   under FRCP 41(a), with Plaintiff and I.Q. Data bearing their own attorneys' fees and costs incurred

2   in this action.

3   Respectfully Submitted.

4

5   Dated: May 14, 2020                          Dated: May 14, 2020

6   **LAW OFFICE OF                              GORDON REES SCULLY
    KEVIN L. HERNANDEZ**                         **MANSUKHANI LLP**

7   */s/ Kevin L. Hernandez*                     */s/ Wing Yan Wong*
8   Kevin L. Hernandez, Esq.                     Wing Yan Wong, Esq.
    Nevada Bar No. 12594                         Nevada Bar No. 13622
9   8872 S. Eastern Avenue, Suite 270            300 South 4th Street, Suite 1550
    Las Vegas, Nevada 89123                      Las Vegas, Nevada 89101
10  kevin@kevinhernandezlaw.com                  wwong@grsm.com
    ***Attorney for Plaintiff***                 ***Attorneys for Defendant I.Q. Data International,
11                                               Inc.***

12

13                                               **IT IS SO ORDERED:**

14                                               _____

15                                               UNITED STATES DISTRICT JUDGE

16                                                          5/14/2020
                                                 DATED: _____
17

18

19

20

21

22

23

24

25

26

27

28

Law Office of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
TEL: (702) 563-4450  FAX: (702) 552-0408